**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| DANNY FLEMING; KIMBERLY HAMMOND; STEPHEN HAMMOND; DAVID JOHNSON; RHONDA STOWE; and STEVEN STOWE, SR., | |
| *Plaintiffs,* | Civil Action No. |
| v. | |
| GEORGIA POWER COMPANY, | |
| *Defendant.* | |

**DEFENDANT GEORGIA POWER COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Georgia Power Company ("Georgia Power") by and through undersigned counsel, makes the following disclosure to the court pursuant to Local Rule 87 and Fed. R. Civ. P. 7.1:

Georgia Power's parent company is The Southern Company. Other than the Southern Company, no publicly held company owns 10% or more of Georgia Power stock. The following entities are direct subsidiaries of Georgia Power: (i) Piedmont-Forrest Corporation; (ii) Southern Electric Generating Company; and (iii) Georgia Power Childcare, LLC.

This March 9, 2022.

**ALSTON & BIRD, LLP**

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd
Georgia Bar Number 142521
Meaghan.boyd@alston.com
Douglas S. Arnold
Georgia Bar Number 023208
Doug.arnold@alston.com
Jenny A. Hergenrother

Georgia Bar Number 447183
jenny.hergenrother@alston.com
Lee Ann Anand
Georgia Bar Number 004922
leeann.anand@alston.com
Sara M. Warren
Georgia Bar Number 966948
sara.warren@alston.com

One Atlantic Center
1201 West Peachtree St.
Atlanta, Georgia 30309-3424
Tel: 404-881-7000

**JAMES-BATES-BRANNAN-GROOVER-LLP**

Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
Lee M. Gillis, Jr.
Georgia Bar No. 217515
lgillis@jamesbatesllp.com

231 Riverside Drive
Post Office Box 4283
Macon, Georgia 31208
Tel: 478-742-4280

**ROBBINS ALLOY BELINFANTE
LITTLEFIELD LLC**

Richard Robbins
Georgia Bar 608030
rrobbins@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com

500 14th Street, NW
Atlanta, Georgia 30318
Tel: 678-701-9381

*Attorneys for Defendant Georgia Power Company*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing Corporate Disclosure Statement by mailing the same

to counsel for Plaintiffs, pursuant to Fed. R. Civ. P. 5(b):

**STACEY EVANS LAW**
Stacey Godfrey Evans
Tiffany Watkins
John Amble Johnson
4200 Northside Parkway, NW
Bldg One; Suite 200
Atlanta, Georgia 30327

**ADAMS LAW FIRM**
Brian P. Adams
Mary Beth Hand
598 D.T. Walton Sr. Way
Macon, GA 31201

**CONLEY GRIGGS PARTIN LLP**
Cale H. Conley
4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327

This 9th day of March, 2022.

*/s/ Meaghan G. Boyd*
Meaghan G. Boyd

3